UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAUL BERNARD, #536729, Plaintiff, | ) | |
| v. | ) | No. 1:26-cv-00603 |
| | ) | Honorable Paul L. Maloney |
| MICHIGAN TREASURER, Defendant. | ) | |

# JUDGMENT

In accordance with the Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: September 29, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge